**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**TREVOR J. DAVIS,**

***Plaintiff*,**

**v.** **Case No.: 5:26cv12-MW/MJF**

**RICKY DIXON, et al.,**

***Defendants*.**

**_____________________________/**

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 15, and has also reviewed *de novo* Plaintiff's unsigned[1] objections, ECF No. 18. The Magistrate Judge recommends dismissal of Plaintiff's first amended complaint insofar as it is a shotgun pleading. Plaintiff objects to dismissal, asserting his factual allegations are clear and organized and his numbered claims plainly identify a single defendant per claim. However, Plaintiff fails to identify the factual paragraphs relevant to each asserted claim and a reader must therefore speculate as to which alleged facts pertain to each claim contrary to Federal Rule of Civil Procedure 8(a).

[1] In violation of Local Rule 5.1(E), Plaintiff failed to include his handwritten signature on his objections. *See* ECF No. 18 at 7. Nonetheless, this Court has still considered the objections as if they were properly signed.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 15, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's first amended complaint is **DISMISSED without prejudice** for failure to comply with a Court Order and because it is a shotgun pleading." The Clerk shall close the file.

**SO ORDERED on September 22, 2026.**

**s/Mark E. Walker**
**United States District Judge**